FILED

10/23/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0592

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 23-0592

_____

MONTANA QUALITY EDUCATION
COALITION,

      Petitioner,

  v.

BEAVERHEAD COUNTY, BIG HORN
COUNTY, BLAINE COUNTY, BROADWATER
COUNTY, CARBON COUNTY, CARTER
COUNTY, CASCADE COUNTY, CHOUTEAU
COUNTY, CUSTER COUNTY, DANIELS
COUNTY, DAWSON COUNTY, FALLON
COUNTY, FERGUS COUNTY, FLATHEAD
COUNTY, GALLATIN COUNTY, GARFIELD
COUNTY, GLACIER COUNTY, GOLDEN
VALLEY COUNTY, GRANITE COUNTY,
HILL COUNTY, JEFFERSON COUNTY,
JUDITH BASIN COUNTY, LAKE COUNTY,
LEWIS AND CLARK COUNTY, LIBERTY
COUNTY, LINCOLN COUNTY, MADISON
COUNTY, MCCONE COUNTY, MINERAL
COUNTY, MISSOULA COUNTY,
MUSSELSHELL COUNTY, PARK COUNTY,
PETROLEUM COUNTY, PHILLIPS COUNTY,
PONDERA COUNTY, POWDER RIVER
COUNTY, POWELL COUNTY, PRAIRIE
COUNTY, RAVALLI COUNTY, RICHLAND
COUNTY, ROOSEVELT COUNTY, ROSEBUD
COUNTY, SANDERS COUNTY, SHERIDAN
COUNTY, SILVER BOW COUNTY,
STILLWATER COUNTY, SWEET GRASS
COUNTY, TREASURE COUNTY, VALLEY
COUNTY, WHEATLAND COUNTY, WIBAUX
COUNTY, AND YELLOWSTONE COUNTY,

      Respondents.

O R D E R

_____

Through counsel, the Montana Quality Education Coalition ("MQEC") has filed a Notice of Dismissal without Prejudice and requested dismissal without prejudice of respondents Deer Lodge County, Meagher County, Teton County, and Toole County.

Upon review, we deem it appropriate dismiss Deer Lodge County, Meagher County, Teton County, and Toole County. Therefore,

IT IS HEREBY ORDERED that Respondents Deer Lodge County, Meagher County, Teton County, and Toole County are dismissed without prejudice, and this matter is captioned as above.

**ELECTRONICALLY SIGNED AND DATED BELOW.**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 23 2023